IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>HOWARD BOSTIC, )<br>1304 Kanawha Ave., Dunbar, WV, 25064 )<br>)<br>HIROKO BOSTIC, )<br>1304 Kanawha Ave., Dunbar, WV, 25064 )<br>)<br>    And, )<br>)<br>STATE OF WEST VIRGINIA )<br>STATE TAX DEPARTMENT, )<br>    Compliance Division, AMU )<br>1001 Lee St. & 1124 Smith St., )<br>Charleston, WV )<br>)<br>      Defendants. )<br>_____ ) | No. 2:19-cv-00237<br><br>Judge: _____ |

**COMPLAINT FOR FEDERAL TAXES**
**AND TO FORECLOSE FEDERAL TAX LIENS**

The United States of America, with the authorization of the Secretary of the Treasury, and at the direction of the Attorney General, brings this action to collect the federal tax liabilities of Howard K. Bostic and Hiroko Bostic, and to enforce the corresponding liens against certain real property located in Kanawha County, West Virginia.

## JURISDICTION & VENUE

1. Jurisdiction over this action is proper under 28 U.S.C. §§ 1340 and 1345 as well as under 26 U.S.C. §§ 7402 & 7403.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1396.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Howard Bostic resides in Dunbar, West Virginia, within the jurisdiction of this Court.

5. Defendant Hiroko Bostic resides in Dunbar, West Virginia, within the jurisdiction of this Court.

6. Defendant State of New Jersey, State Tax Department, Compliance Division, AMU, Charleston, West Virginia may assert an interest in the Real Property.

## COUNT I – REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST HOWARD BOSTIC

7. The United States incorporates by reference the allegations of Paragraphs 1 to 6 herein.

8. A delegate of the Secretary of the Treasury, on each date listed below, made assessments against Defendant Harold Bostic for his unpaid federal income tax (Form 1040) liabilities. All related notices of federal tax lien were filed on the dates and locations indicated in the below table.

| Type of Tax and Tax Period | Date of Assessment | Original Total Assessment Amount | Lien Filing Date and Location | Unpaid Assessed Balance as of 3/25/2019 | Accrued Penalties & Interest to 3/25/2019 | Total Unpaid Balance as of 3/25/2019 |
|---|---|---|---|---|---|---|
| Form 1040 2005 | 11/8/2010 | $94,600.23 | Cty Clerk Kanawha Cty 3/18/2011 | $123,739.24 | $2,565.22 | $126,304.46 |
| Form 1040 2006 | 5/18/2009 | $75,414.38 | Cty Clerk Kanawha Cty 3/18/2011 | $111,176.93 | $2,304.79 | $113,481.72 |
| Form 1040 2007 | 1/9/2012 | $92,996.28 | Cty Clerk Kanawha Cty 5/4/2012 | $119,608.80 | $2,479.60 | $122,088.40 |
| Form 1040 2008 | 1/9/2012 | $82,758.47 | Cty Clerk Kanawha Cty 5/4/2012 | $110,382.37 | $2,288.33 | $112,670.70 |
| Form 1040 2009 | 6/17/2013 | $52,860.64 | Cty Clerk Kanawha Cty 5/16/2016 | $66,583.52 | $1,380.33 | $67,963.85 |
| Form 1040 2010 | 6/17/2013 | $52,081.27 | Cty Clerk Kanawha Cty 5/16/2016 | $68,045.81 | $1,410.65 | $69,456.46 |
| | | | | | **TOTAL** | **$611,965.59** |

9. Notice and demand for payment of the tax assessments described above in Paragraph 8 was given to Defendant Howard Bostic.

10. Defendant Howard Bostic has failed to pay the United States the full amount owed as a result of the tax assessments described above in Paragraph 8.

11. By reason of the foregoing, Defendant Howard Bostic was indebted to the United States for federal income taxes, penalties, and interest for the amount of $611,965.59 as of March 25, 2019, plus interest, penalties, and costs that have accrued and will continue to accrue according to law subsequent to that date.

## COUNT II – REDUCE JOINT
## FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AGAINST
## HOWARD BOSTIC AND HIROKO BOSTIC

12. The United States incorporates by reference the allegations of Paragraphs 1 to 11 herein.

13. For the tax years 2011, 2012, 2013, 2014, 2015, Defendants Howard Bostic and Hiroko Bostic filed joint federal income tax returns. On each date listed below, a delegate of the Secretary of the Treasury made assessments in accordance with law against Defendants Howard Bostic and Hiroko Bostic for their unpaid federal income tax (Form 1040) liabilities. All related notices of federal tax lien were filed on the dates and locations indicated in the below table.

| Type of Tax and Tax Period | Date of Assessment | Original Total Assessment Amount | Lien Filing Date and Location | Unpaid Assessed Balance as of 3/25/2019 | Accrued Penalties & Interest to 3/25/2019 | Total Unpaid Balance as of 3/25/2019 |
|---|---|---|---|---|---|---|
| Form 1040 2011 | 9/24/2012 | $10,720.68 | Cty Clerk Kanawha Cty 5/16/2016 | $14,391.56 | $298.35 | $14,689.91 |
| Form 1040 2012 | 7/11/2016 | $911.47 | Cty Clerk Kanawha Cty 9/7/2016 | $1,040.91 | $21.58 | $1,062.49 |
| Form 1040 2013 | 7/11/2016 | $18,182.29 | Cty Clerk Kanawha Cty 9/7/2016 | $21,600.29 | $447.80 | $22,048.09 |
| Form 1040 2014 | 7/11/2016 | $15,704.57 | Cty Clerk Kanawha Cty 9/7/2016 | $19,445.44 | $403.12 | $19,848.56 |
| Form 1040 2015 | 7/18/2016 | $10,948.03 | Cty Clerk Kanawha Cty 9/7/2016 | $14,364.04 | $297.98 | $14,661.82 |
| | | | | | **TOTAL** | **$72,310.87** |

4

14.     Notice and demand for payment of the tax assessments described above in Paragraph 13 was given to Defendants Howard Bostic and Hiroko Bostic.

15.     Defendants Howard Bostic and Hiroko Bostic have failed to pay the United States the full amount owed as a result of the tax assessments described above in Paragraph 13.

16.     By reason of the foregoing, Defendants Howard Bostic and Hiroko Bostic were jointly indebted to the United States for federal income taxes, penalties, and interest for the amount of $72,310.87 as of March 25, 2019, plus interest, penalties, and costs that have accrued and will continue to accrue according to law subsequent to that date.

### COUNT III – FORECLOSURE OF TAX LIENS

17.     The United States incorporates by reference the allegations of Paragraphs 1 to 16.

18.     By reason of the assessments described in Paragraphs 8 and 13, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens arose in favor of the United States as of the dates of the assessments, and attached to all property and rights to property of Defendants then owned or thereafter acquired by them, including the Real Property described in paragraph 19, below.

19.     On or about April 27, 1998, Defendants Howard Bostic and Hiroko Bostic acquired by deed the Real Property that is the subject of this action.  The Real Property is located at 1304 Kanawha Avenue, Dunbar, West Virginia, and is improved with a single-family home.  The Real Property is more particularly described as:

TRACT ONE: All that certain lot or parcel of land located in Block "S", as shown on the Map of Dunbar of record in the Office of the Clerk of the County Commission of Kanawha County, West Virginia, in Map Book No. 1, at page 146, fronting fifty (50) feet on the northerly line of Kanawha Avenue and extending back therefrom between parallel lines on hundred twenty (120) feet to an alley, being designated as Lot No. Two Hundred Seventy-Eight (278) of Block "S" of said City of Dunbar, as shown on that certain map entitled "Map Showing Lots 276 and 279, Block S, Dunbar, Kanawha County, West Virginia, as owned, occupied and claimed by their Respective Owners", made by James Sell, R.P.C.E., dated August 24, 1959, and of record in the aforesaid Clerk's Office in Deed Book No. 932, at page 250.

TRACT TWO: A parcel of land fifty feet in length lying immediately opposite Lot No. 278 of Block "S" of the City of Dunbar, which is bounded on the east by the easterly line of the said Lot No. 278 of Block "S", extended to the low watermark of the Kanawha River; on the west by the westerly sideline of the said Lot No. 278 of Block "S", extended to the low watermark of the Kanawha River; on the north by the southerly sideline of Kanawha Avenue, as shown on the map of the City of Dunbar of record in the aforesaid Clerk's office in Map Book 2, at page 88.

TRACT THREE: All that certain lot or parcel of land situate in the City of Dunbar, Kanawha County, West Virginia, being a portion of the riverbank along the north side of the Kanawha River, and being a part of said riverbank, 50 feet in length, lying immediately opposite Lot No. 279 of Block "S" of the said City of Dunbar as shown on the map of the City of Dunbar of record in the Office of the Clerk of the County Commission of Kanawha County, West Virginia, in Map Book 2, at page 88; the parcel hereby conveyed being bounded on the east by the easterly sideline of the said Lot No. 279 of Block "S", extended to the low water mark of the Kanawha River; on the south by the low water mark of the northerly side of the Kanawha River; on the west by the westerly sideline of the said Lot No. 279 of Block "S", extended to the low water mark of the Kanawha River; on the north by the southerly sideline of Kanawha Avenue as shown on the map aforesaid.

TRACT FOUR: All its right, title, interest, and claim in and to all of that certain strip of land situate in the City of Dunbar, Kanawha County, West Virginia, and being more particularly bounded and described as being that certain 60' street known and designated as Kanawha Avenue which lies directly south of Lot 278 and fronting 50' on the said Kanawha Avenue within Block No. S as shown on that certain map of the City of Dunbar which said map is of record in the Office of the Clerk of the County Commission of Kanawha County, West Virginia in the map books thereof, described on a map as shown and laid down on the revised

map of said City of Dunbar and additions thereto filed and of record in the Office of the Clerk of the County Commission of Kanawha County, West Virginia, in Photostatic Map Book 1, at page 157

20. The United States is entitled to have the tax liens described in Paragraphs 8 and 13 foreclosed against the Real Property described in Paragraph 19, and that Real Property should be sold to satisfy the unpaid balance of assessments and all accrued statutory additions to tax as provided by law.

WHEREFORE, the United States prays that:

A. As to Count II, that the Court grant judgment in favor of the United States and jointly against Defendants Howard Bostic and Hiroko Bostic in the amount of $72,310.87, as of March 25, 2019, plus statutory additions to tax that have and will accrue according to law after that date;

B. As to Count I, that the Court grant judgment in favor of the United States and against Defendant Howard Bostic in the amount of $611,965.59, as of March 25, 2019, plus statutory additions to tax that have and will accrue according to law after that date;

C. As to Count III, that the Court adjudge, determine, and decree that the United States holds valid and subsisting tax liens, by virtue of the tax assessments described in Paragraphs 8 and 13, and that encumber the Real Property described in Paragraph 19; that the Court adjudge, determine, and decree that said tax liens of the United States attaching to the Real Property be foreclosed; that the Real Property be sold by judicial sale according to law, free and clear of any rights, title, liens, claims, or

interests of the Defendants herein; that this Court order that the proceeds of the sale of the Real Property be distributed first to the expenses of the sale; and second in accordance with the interests of the parties herein as determined by the Court, including to the United States in partial satisfaction of the unpaid tax liabilities described in Paragraphs 8 and 13 above; and including that any party who does not appear and assert an interest shall be adjudged, determined, and decreed not to have an interest in the Real Property;

D. That this Court award the United States its costs and fees and grant such other and further relief as the Court deems just and proper.

Dated: April 1, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Joseph E. Hunsader_____
JOSEPH E. HUNSADER
D.C. Bar #453328
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

OF COUNSEL:
MICHAEL B. STUART
United States Attorney

Tel: (202) 514-0472
Facsimile: (202) 514-6866
Email: joseph.e.hunsader@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1　U.S. Government Plaintiff
- ❏ 2　U.S. Government Defendant
- ❏ 3　Federal Question *(U.S. Government Not a Party)*
- ❏ 4　Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____　　DOCKET NUMBER _____

DATE _____　　SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT #　　AMOUNT　　APPLYING IFP　　JUDGE　　MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              *CLERK OF COURT*

Date: _____

                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: